

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2020

No. 04-20-00392-CV

Sherry **CAGLE** n/k/a Sherry Schwartz,
Appellant

v.

Mario **CUELLAR**, Norma Cuellar, James Donald Cagle, and Hannah Funding LLC.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-01910
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant's brief is due on November 2, 2020. On October 30, 2020, appellant filed an unopposed motion requesting a forty-five day extension of time to file her brief. After consideration, we **GRANT** appellant's motion and **ORDER** appellant's brief due **by December 17, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court